IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IDASAAS, LLC, a Nebraska limited )
liability company, and HALO SYNERGY )
GROUP, INC., a Nebraska corporation, )   CASE No. 8:21-CV-00386
)
Plaintiffs, )
)
v. )
)
MARSH & MCLENNAN AGENCY,
LLC, a Delaware limited liability
company,

Defendants.

### NOTICE OF SERVICE OF PLAINTIFFS' IDASAAS, LLC'S AND HALO SYNERGY GROUP, INC.'S DESIGNATION OF EXPERT WITNESS

Plaintiffs IDASAAS, LLC and Halo Synergy Group give notice that on November 14, 2022, its Designation of Expert Witness to Defendants was served by electronic mail transmission to the following counsel of record:

Stephen G. Olson, II
Kristina J. Kamler
Engles Ketcham Olson & Keith, PC
Woodmen Tower
1700 Farnam Street, Suite 1350
Omaha, NE 68102
solson@ekoklaw.com
kkamler@ekoklaw.com

Timothy Delaney
Laura Farrant
Lewis Brisbois
110 S.E. 6th Street, Suite 2600
Fort Lauderdale, FL 33301
timothy.delaney@lewisbrisbois.com
laura.farrant@lewisbrisbois.com

DATED: November 14, 2022.

                        IDASAAS, LLC, a Nebraska limited liability company, and HALO SYNERGY GROUP, INC., a Nebraska corporation, Plaintiffs,

By   /s/ Andrew M. Collins
      Thomas J. Culhane, NE Bar #10859
      Andrew M. Collins, NE Bar #24018
      ERICKSON | SEDERSTROM, P.C.
      Regency Westpointe, Suite 100
      10330 Regency Parkway Drive
      Omaha, Nebraska 68114-3761
      (402) 397-2200
      (402) 390-7137 (fax)
      culhane@eslaw.com
      collins@eslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2022, a true and correct copy of the above and foregoing Notice of Service of Plaintiffs' Designation of Expert Witness was caused to be electronically filed with the Clerk of Court utilizing the CM/ECF System and notification and service made by electronic mail upon counsel of record:

Stephen G. Olson, II
Kristina J. Kamler
Engles Ketcham Olson & Keith, PC
solson@ekoklaw.com
kkamler@ekoklaw.com

Timothy Delaney
Laura Farrant
Lewis Brisbois
timothy.delaney@lewisbrisbois.com
laura.farrant@lewisbrisbois.com

                                      /s/ Andrew M. Collins