IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HALO SYNERGY GROUP, INC., a Nebraska limited liability company; and IDASAAS, LLC, a Nebraska limited liability company;<br><br>        Plaintiffs,<br><br><br>    vs.<br><br><br>MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company;<br><br>        Defendant. | 8:21CV386<br><br><br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiffs,

**IT IS ORDERED:**

1.  On or before June 11, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge