IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HALO SYNERGY GROUP, INC., a Nebraska limited liability company; and IDASAAS, LLC, a Nebraska limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>MARSH & MCLENNAN AGENCY, LLC, a Delaware limited liability company;<br><br>Defendant. | 8:21CV386<br><br><br><br>DISMISSAL ORDER |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 137). Having considered the matter, the Court will accept the Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 4th day of June, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge